IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANTONIO S. BROWN    # 157889**                                       **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 1:17cv306-RHW**

**PENNY BUFKIN,** *et al.*                                            **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion entered this date granting summary judgment in favor of all Defendants, the Court hereby enters its Final Judgment in the above-captioned matter.

**IT IS ORDERED** that this case is dismissed.

**SO ORDERED**, this the 17th day of July 2019.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE